IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02808-WDM-BNB

DAVID KRAUS,

Plaintiff,

v.

VICKIE FERRARI, in her individual and official capacity,

Defendant.

_____

## ORDER
_____

At the mutual request of the parties and following a telephone conference on the matter:

IT IS ORDERED that the settlement conference set for September 25, 2009, at 10:00 a.m., is VACATED, to be reset at the request of the parties.

Dated September 16, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge