IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02808-WDM-BNB

DAVID KRAUS,

Plaintiff,

v.

VICKIE FERRARI, in her individual and official capacity,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion for Leave to File Amended Complaint** [docket no. 26, filed September 24, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attachment to docket no. 26, the Amended Complaint. Defendants have ten (10) days in which to answer or respond.

DATED:  September 30, 2009