IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02808-WDM-BNB

DAVID KRAUS,

Plaintiff,

v.

VICKIE FERRARI, in her individual and official capacity,
THE CITY AND COUNTY OF DENVER, a municipality,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that a supplemental final pretrial conference is set for **June 11, 2010, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that on or before **June 7, 2010**, the parties shall submit a revised proposed final pretrial order, modified as discussed this morning.

Dated May 24, 2010.

                                                            BY THE COURT:

                                                            s/ Boyd N. Boland
                                                            United States Magistrate Judge