IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-02808-WDM-BNB

DAVID KRAUS,

    Plaintiff,

v.

VICKI FERRARI,

    Defendant.

_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to amend caption to correct spelling is granted.

Dated:  January 4, 2011

                                        s/ Jane Trexler, Judicial Assistant