IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02808-WDM-BNB

DAVID KRAUS,

    Plaintiff,

v.

VICKIE FERRARI, in her individual capacity,

    Defendant.

---

### ORDER

---

This matter is before the Court on PLAINTIFF'S AMENDED UNOPPOSED MOTION FOR A WRIT OF *HABEAS CORPUS AD TESTIFICANDUM* [docket no. 79, filed January 03, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to issue a *Writ of Habeas Corpus Ad Testificandum* for Stanley F. Painter, DOC Number 50423, DOB 1/16/1963, currently incarcerated in the Bent County Correctional Facility, 11560 Road FF.75, Las Animas, Colorado, 81054-9598, (719) 456-2610, so that he may be produced before me on the 24th day of January 2011, by 9:00 a.m. of said day, and from day to day thereafter, to testify to the truth in a matter of the United States District Court.

DATED at Denver, Colorado this 3rd day of January, 2011.

BY THE COURT:

/s/ Walker D. Miller
HON. WALKER D. MILLER
UNITED STATES SENIOR DISTRICT JUDGE