IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Courtroom Deputy: LaDonne Bush          Date: January 20, 2011
Court Reporter: Tracy Weir

Civil Action No. 08-cv-02808-WDM-BNB

| Parties | Counsel |
|---|---|
| DAVID KRAUS, | Qusair Mohamedbhai |
| Plaintiff, | |
| v. | |
| VICKI FERRERI, | Stewart Shapiro |
| | Sean Olson |
| Defendant. | |

COURTROOM MINUTES

Telephone Conference Hearing

1:34 p.m.     Court in session.

Court explains that during voir dire, the Court will ask the principal attorney for each side to introduce himself and the attorneys trying the case with him, and to identify the witnesses and where the witnesses are located so the jurors can determine if they know anyone involved in the trial.

**ORDERED**: Defendant Vicki Ferrari's Motions in Limine (Doc. 76) is granted to the extent set forth on the record, except that ruling is reserved on the issues regarding Captain Eric Rubin.

Discussion regarding exhibits.

By stipulation, the following exhibits are received for purposes of trial: 2, 12, 13, 15, 23, 24, 25, and 29 (aerial photo) which are listed in Doc. 75-1.

Discussion regarding jury instructions. Counsel agree to file additional instructions as requested by the Court.

Discussion regarding voir dire and pretrial publicity.

1:56 p.m.     Court in recess.

Time: 00:22
Hearing concluded.