IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.: 08-cv-02808-WDM-BNB

DAVID KRAUS,

    Plaintiff,

v.

VICKI FERRARI,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 26th day of January 2011.

BY THE COURT:

_____
Walker D. Miller, Senior Judge

_____    _____
Counsel for Plaintiff                      Counsel for Defendant